MICHAEL HACKER, Respondent, *v.* JOHN A. WHITE et al., Appellants.

*Hacker* v. *White*, 155 App. Div. 946, affirmed.

(Argued October 7, 1915; decided October 26, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 31, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action brought to have declared illegal and void, and to have canceled, a notice of abandonment of the traffic in liquors on plaintiff's premises executed by the defendant White, by his attorney in fact,

the defendant, the Eagle Brewing Company, and also a petition to transfer a liquor tax certificate issued to the defendant White from said premises of plaintiff.

*Albert J. O'Connor* for appellants.

*Michael J. Larkin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ. Absent: WILLARD BARTLETT, Ch. J.